IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.C.G., et al. | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | :   Case No.:   07-CV-1357 |
| | : |
| WILSON AREA SCHOOL DISTRICT, et al. | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, this 31st day of March, 2008, upon consideration of the Defendants' Petition for Default Judgment against Co-Defendant Walter Palmer, it is hereby ORDERED that said motion (Docket No. 27) is GRANTED and Judgment by Default is entered in favor of defendants Wilson Area School District, Doug Wagner, and Dennis Harper against third-party defendant Walter Palmer.

The amount of the judgment is yet to be determined and may only be calculated after a determination of liability. If defendants' are found liable, affidavits certifying the amount of the judgment will be required to properly enforce this Order.

BY THE COURT:

*/s/ Thomas M. Golden*
THOMAS M. GOLDEN, J.